*E-FILED - 12/15/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEMONTA RENNA MCBROOM, | ) | No. C 08-5012 RMW (PR) |
| | ) | |
| Petitioner, | ) | ORDER TO SHOW CAUSE |
| | ) | |
| vs. | ) | |
| | ) | (Docket no. 4) |
| | ) | |
| ROBERT AYERS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner, a state prisoner proceeding pro se, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging a decision by the California Board of Parole Hearings ("Board") in finding him unsuitable for parole. Because petitioner has paid the filing fee, his motion to proceed in forma pauperis is DENIED as moot. The court orders respondent to show cause why the petition should not be granted.

**BACKGROUND**

Petitioner was sentenced to a term of seven years-to-life in state prison after his 1977 conviction in Solano Superior Court for first degree murder (Cal. Penal Code § 187). Petitioner challenges the Board's refusal to release petitioner as unsupported by "some" evidence.

///

///

Order to Show Cause
P:\PRO-SE\SJ.Rmw\HC.08\McBroom012oscparole.wpd  1

**DISCUSSION**

A.     Standard of Review

This court may entertain a petition for writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a state court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a); Rose v. Hodges, 423 U.S. 19, 21 (1975).

A district court shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243.

B.     Petitioner's Claims

As grounds for federal habeas relief, petitioner asserts that: (1) the Board's July 9, 2007 refusal, and California state courts' subsequent affirmance, to grant parole is unsupported by "some" evidence; and (2) the Board's July 9, 2007 finding that petitioner's parole plans are unrealistic and unacceptable are arbitrary and capricious. Liberally construed, petitioner's claims are sufficient to require a response. The court orders respondent to show cause why the petition should not be granted.

**CONCLUSION**

1.     The clerk shall serve by mail a copy of this order and the petition and all attachments thereto upon the respondent and the respondent's attorney, the Attorney General of the State of California. The clerk shall also serve a copy of this order on petitioner.

2.     Respondent shall file with the court and serve on petitioner, within **sixty days** of the filing date of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted. Respondent shall file with the answer and serve on petitioner a copy of all portions of the underlying record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.

If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court and serving it on respondent within **thirty days** of the filing date of the answer.

1       3.      Respondent may file a motion to dismiss on procedural grounds in lieu of an
2 answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section
3 2254 Cases. If respondent files such a motion, petitioner shall file with the court and serve on
4 respondent an opposition or statement of non-opposition within **thirty days** of the filing date of
5 the motion, and respondent shall file with the court and serve on petitioner a reply within **fifteen**
6 **days** of the filing date of any opposition.

7       4.      It is petitioner's responsibility to prosecute this case. Petitioner is reminded that
8 all communications with the court must be served on respondent by mailing a true copy of the
9 document to respondent's counsel. Petitioner must keep the court and all parties informed of any
10 change of address by filing a separate paper captioned "Notice of Change of Address." He must
11 comply with the court's orders in a timely fashion. Failure to do so may result in the dismissal
12 of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

13      5.      Petitioner's motion for leave to proceed in forma pauperis is DENIED as moot.
14 This order terminates docket no. 4.

15      IT IS SO ORDERED.
16 DATED:   12/12/08

　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order to Show Cause
P:\PRO-SE\SJ.Rmw\HC.08\McBroom012oscparole.wpd   3