***E-FILED - 9/8/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEMONTA RENNA MCBROOM, | ) | No. C 08-5012 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| ROBERT AYERS, Warden, | ) | |
| Respondent. | ) | |

The court has dismissed the instant habeas action as moot and for failure to prosecute. A judgment of dismissal is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 9/4/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.08\McBroom012jud.wpd        1